**Order entered May 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01053-CR

## CARLOS EDUARDO SANCHEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-00735-R

## ORDER

Before the Court is appellant's May 1, 2020 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received with the motion filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE